1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  **Hyde & Swigart**
   2221 Camino Del Rio South, Suite 101
3  San Diego, CA 92108
4  Telephone: (619) 233-7770
   Facsimile:   (619) 297-1022
5

6  *Attorneys for Plaintiff*
   Christopher Melingonis
7

8

9              **UNITED STATES DISTRICT COURT**

10           **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christopher Melingonis, Individually and on behalf of all others similarly situated, | **CASE NO: 3:17-CV-00826-BTM-AGS** |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Direct Merchant Funding, LLC, d/b/a Flash Advance, | |
| Defendant. | |

22  //
23  //
24  //
25  //
26  //
27  //
28  //

HYDE & SWIGART
San Diego, California

1    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.

2    The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety

3    with prejudice as to the named Plaintiff and without prejudice as to putative Class

4    within 60 days. Plaintiff requests that all pending dates and filing requirements be

5    vacated and that the Court set a deadline on or after August 11, 2017 for filing a

6    Request for Dismissal.

7

8    Respectfully submitted,

9

10   Date:  June 13, 2017                          **Hyde & Swigart**

11

12                                        By:  Joshua B. Swigart

13                                             Joshua B. Swigart, Esq.
                                               *Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HYDE & SWIGART
San Diego, California