Joshua Swigart, Esq. (SBN: 225557)
Josh @westcoastlitigation.com
Kevin Lemieux, Esq (SBN:  225886)
kevin@westcoastlitigation.com
**Hyde and Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Christopher Melingonis, Individually and on behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Direct Merchants Funding, LLC d.b.a. Flash Advance,**<br><br>**Defendant.** | Case No.: 3:17-cv-0826-BTM-AGS<br><br><u>CLASS ACTION</u><br><br>**MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. BARRY TED MOSKOWITZ** |

Plaintiff CHRISTOPHER MELINGONIS (referred to as "Plaintiff") hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class pursuant to Federal Rule of Civil Procedure 41(a).

This Court can proceed to dismiss this action entirely with prejudice as to the

named Plaintiff and without prejudice as to the Putative Class and this Court retains jurisdiction to enforce the settlement of this action.

Respectfully submitted,

Date: June 21, 2017                                        HYDE & SWIGART

                 By:  s/Kevin Lemieux, Esq.
                 Kevin Lemieux
                 HYDE AND SWIGART, APC
                 *Attorneys for Plaintiff*

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq.  (SBN: 25283)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523