# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Melingonis, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Direct Merchants Funding, LLC d.b.a. Flash Advance,<br><br>Defendants. | Case No.: 3:17-cv-0826-BTM-AGS<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>HON. BARRY TED MOSKOWITZ |

Based upon the Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: July 5, 2017

_____
HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE